UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA : <u>O R D E R</u>
:
v. : Case No. 10cr572(DMC)
PHIL SIMON :

This matter having come before the Court on a motion by Phil Simon, Pro Se appearing, to permit him to receive copies of his transcripts free of charge to enable him to perfect his appeal; and

The court having checked the docket, and the transcripts defendant Simon wishes to receive "free of charge" have already been placed on the docket. Transcripts of defendants plea, sentence and status conference are entered as ECF #39, ECF #46 and ECF 47; and

The court having reviewed same; and

For good cause shown;

It is on this 16th day of August 2012 ORDERED that the motion to receive transcripts already filed free of charge is hereby DENIED.

/S/ DENNIS M. CAVANAUGH
Dennis M. Cavanaugh, U.S.D.J.